# EXHIBIT B

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| JEREMY CALLAN | ) |
| | ) CASE NO. 1:21-cv-01479 |
| | ) |
| | ) JUDGE PAMELA A. BARKER |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) **DECLARATION OF TRACY E. KERN** |
| | ) |
| AUTOZONE STORES LLC | ) |
| | ) |
| | ) |
| Defendant. | ) |

Pursuant to 28 U.S.C. § 1746, I, Tracy E. Kern, declare under penalty of perjury that the following statements are true and correct:

1. I am an attorney and a member of the law firm of Jones Walker LLP, 201 St. Charles Avenue, 47th Floor, New Orleans, Louisiana, 70170.  My telephone number is (504) 582-8134, my facsimile number is (504) 589-8134, and my email address is tkern@joneswalker.com.

2. I have been retained personally or as a member of the above-named law firm by Defendant AutoZoners, LLC (incorrectly named as "AutoZone Stores LLC") to provide legal representation in connection with the above-styled case now pending in the U.S. District Court, Northern District of Ohio.

3. I am an active member in good standing and currently eligible to practice law in the jurisdictions listed on the attachment.

4. I have never been disbarred or suspended from practice before any court,

department, bureau or commission of any State or the United States, or have ever received any reprimand from any such court, department, bureau or commission pertaining to conduct or fitness as a member of the bar.

5. I am familiar with the Local Rules of the United States District Court for the Northern District of Ohio.

Dated: August 18, 2021

*/s/ Tracy E. Kern*

TRACY E. KERN

{N4433925.1}

# **PRESENTLY ADMITTED TO PRACTICE:**

| | |
|---|---|
| Louisiana Supreme Court | Admitted 10/5/90 |
| United States District Court Eastern District of Louisiana | Admitted 10/19/90 |
| United States District Court Western District of Louisiana | Admitted 2/91 |
| United States District Court Middle District of Louisiana | Admitted 2/91 |
| United States Court of Appeals Fifth Circuit | Admitted 7/92 |
| United States Court of Appeals Ninth Circuit | Admitted 10/92 |
| United States Court of Appeals Sixth Circuit | Admitted 9/94 |
| United States District Court District of Colorado | Admitted 6/98 |
| United States Court of Appeals Seventh Circuit | Admitted 10/16/00 |
| United States District Court Western District of Texas | Admitted 11/1/02 |
| United States District Court Central District of Illinois | Admitted 6/2/03 |
| United States Court of Appeals First Circuit | Admitted 2003 |
| United States District Court Northern District of Florida | Admitted 6/27/05 |
| United States Court of Appeals Eleventh Circuit | Admitted 12/28/10 |
| United States District Court Western District of Michigan | Admitted 3/12/12 |
| United States District Court Eastern District of Michigan | Admitted 10/11/12 |

{N1641436.1}

| | |
|---|---|
| United States Court of Appeal<br>Third Circuit | Admitted 3/31/14 |
| United States District Court<br>Western District of Tennessee | Admitted 12/30/14 |
| United States Court of Appeals<br>Seventh Circuit | Admitted 10/28/15 |
| United States Court of Appeals<br>Fourth Circuit | Admitted 10/9/18 |
| United States District Court<br>Southern District of Texas | Admitted 3/18/21 |
| United States District Court<br>Northern District of Texas | Admitted 4/14/21 |

{N1641436.1}